ROGER L. GRANDGENETT II, ESQ., Bar # 6323
Z. KATHRYN BRANSON Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
Email: rgrandgenett@littler.com
Email: kbranson@littler.com

Attorneys for Defendant
ANTHONY & SYLVAN POOLS CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRETT WAGGONER,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY & SYLVAN POOLS CORPORATION, an Ohio corporation,<br><br>Defendant. | Case No. 2:18-cv-00106-JAD-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1 and LR II 7-1, Plaintiff Brett Waggoner ("Plaintiff") and Defendant Anthony & Sylvan Pools Corporation ("Defendant"), by and through their respective attorneys of record, hereby stipulate and agree that Defendant has an additional thirty (30) days to answer or otherwise respond to Plaintiff's Complaint.  Defendant was served with a copy of the Summons and Complaint on February 23, 2018.  Defendant's response is currently due on March 16, 2018.

If the requested extension is granted, Defendant will file its response on or before April 16,

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2018.  This is the first request for an extension made by the parties and the parties make this request in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated: March 7, 2018.

Respectfully submitted,

/s/ Robert P. Spretnak, Esq.
ROBERT P. SPRETNAK, ESQ.
LAW OFFICES OF ROBERT P. SPRETNAK

Attorneys for Plaintiff
BRETT WAGGONER

Dated: March 7, 2018.

Respectfully submitted,

/s/ Z. Kathryn Branson, Esq.
ROGER L. GRANDGENETT, II, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ANTHONY & SYLVAN POOLS CORPORATION

**ORDER**

IT IS SO ORDERED.

_____
THE HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of March, 2018.

Firmwide:153269335.1 078710.1006

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.