| | |
|---|---|
| 1 | LAW OFFICES OF ROBERT P. SPRETNAK |
| | Robert P. Spretnak, Esq. (Bar No. 5135) |
| 2 | 8275 S. Eastern Avenue, Suite 200 |
| | Las Vegas, Nevada 89123 |
| 3 | Telephone: (702) 454-4900 |
| | Fax: (702) 938-1055 |
| 4 | Email: bob @ spretnak.com |
| | Attorney for Plaintiff |
| 5 | |
| | LITTLER MENDELSON, P.C. |
| 6 | Roger L. Grandgenett II, Esq. (Bar No. 6323) |
| | Z. Katy Branson, Esq. (Bar No. 11540) |
| 7 | 3960 Howard Hughes Parkway, Suite 300 |
| | Las Vegas, Nevada 89169-5937 |
| 8 | Telephone: (702) 862-8800 |
| | Fax: (702) 862-8811 |
| 9 | Email: rgrandgenett @ littler.com, kbranson @ littler.com |
| | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRETT WAGGONER,

    Plaintiff,

vs.

ANTHONY & SYLVAN POOLS CORPORATION, an Ohio corporation,

    Defendant.

Case No.: 2:18-cv-00106-JAD-PAL

**ORDER GRANTING STIPULATION TO EXTEND TIME**

[ECF No. 9]

Plaintiff BRETT WAGGONER and Defendant ANTHONY & SYLVAN POOLS CORPORATION, an Ohio corporation, by and through their respective counsel of record, hereby stipulate and agree to extend the time for Plaintiff BRETT WAGGONER to file his points and authorities in opposition to Defendant's Motion to Dismiss (ECF No. 7) by ten (10) days, until **May 10, 2018**. Defendant's Motion to Dismiss was filed on April 16, 2018; therefore, in accordance with LR 7-2(b), Plaintiff's response currently is due to be filed by April 30, 2018.

There is good cause for entering into this stipulation. Plaintiff's counsel is scheduled to be

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

out of the country, on travel previously arranged, from April 20, 2018, to May 1, 2018. As Plaintiff's counsel currently is preparing an opposition to a motion for summary judgment, in the matter of *Garland Henderson and Tammie Keith-Henderson v. Clark County School District*, Case No. 2:17-cv-01767-JAD-NJK, which must be filed prior to his departure, there is not sufficient time to complete the opposition in this matter prior to his departure.

This request for an extension is submitted in good faith and not for purposes of unnecessary or unreasonable delay.

DATED: April 18, 2018.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ *Robert P. Spretnak*
    Robert P. Spretnak, Esq.

Attorney for Plaintiff

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

DATED: April 18, 2018.

LITTLER MENDELSON, P.C.

By: /s/ *Z. Katy Branson*
    Roger L. Grandgenett II, Esq.
    Z. Katy Branson, Esq.

Attorneys for Defendant

3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169

**Order**

Good cause appearing, IT IS HEREBY ORDERED that the parties' stipulation to extend the time for plaintiff to respond to defendant's motion to dimsmiss **[ECF No. 9] is GRANTED**.

Dated: April 18, 2018

_____
U.S. District Judge Jennifer A. Dorsey

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123