ROGER L. GRANDGENETT II, ESQ., Bar # 6323
Z. KATHRYN BRANSON Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com
Email: kbranson@littler.com

Attorneys for Defendant
ANTHONY & SYLVAN POOLS CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRETT WAGGONER,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY & SYLVAN POOLS CORPORATION, an Ohio corporation,<br><br>    Defendant. | Case No. 2:18-cv-00106-JAD-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>**(FIRST REQUEST)**<br><br>**ORDER** |

    Pursuant to LR 6-1 and LR 7-1, Plaintiff Brett Waggoner ("Plaintiff") and Defendant Anthony & Sylvan Pools Corporation ("Defendant"), by and through their respective attorneys of record, hereby stipulate and agree that Defendant has an additional four (4) calendar days to file its reply in support of its Motion to Dismiss (ECF No. 7) which was filed on April 16, 2018. Plaintiff filed his Opposition on May 10, 2018 (ECF No. 15). The parties make this request due to Defendant's counsel's recent return from being out of the country for a funeral.

    If the requested extension is granted, Defendant will file its reply on Monday, May 21, 2018.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request for an extension of time to file the reply made by the parties and the parties make this request in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated: May 16, 2018.

Respectfully submitted,

/s/ Robert P. Spretnak, Esq.
ROBERT P. SPRETNAK, ESQ.
LAW OFFICES OF ROBERT P. SPRETNAK

Attorneys for Plaintiff
BRETT WAGGONER

Dated: May 16, 2018.

Respectfully submitted,

/s/ Z. Kathryn Branson, Esq.
ROGER L. GRANDGENETT, II, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ANTHONY & SYLVAN POOLS CORPORATION

**ORDER**

IT IS SO ORDERED.

_____
THE HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

Dated: May 17, 2018.

Firmwide:154709988.1 078710.1006

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800