ROGER L. GRANDGENETT II, ESQ., Bar # 6323
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com
Email: kbranson@littler.com

Attorneys for Defendant
ANTHONY & SYLVAN POOLS CORPORATION

LAW OFFICES OF ROBERT P. SPRETNAK
ROBERT P. SPRETNAK, ESQ., Bar # 5135
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702.454.4900
Fax No.: 702.938.1055
Email: bob@spretnak.com

Attorneys for Plaintiff
BRETT WAGGONER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRETT WAGGONER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY & SYLVAN POOLS CORPORATION, an Ohio corporation,<br><br>　　　　Defendant. | Case No. 2:18-cv-00106-JAD-PAL<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>ECF No. 36 |

Defendant ANTHONY & SYLVAN POOLS CORPORATION ("Defendant"), and Plaintiff BRETT WAGGONER ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorney's fees. The parties agree that neither party shall be deemed to be a prevailing

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

party in this action and that neither party will seek any attorney's fees or costs pursuant to any rule, statute, or law, whether local, state, or federal.

Dated: February 14, 2019.

Respectfully submitted,

/s/ Robert P. Spretnak, Esq.
ROBERT P. SPRETNAK, ESQ.
LAW OFFICES OF ROBERT P. SPRETNAK

Attorneys for Plaintiff
BRETT WAGGONER

Dated: February 14, 2019.

Respectfully submitted,

/s/ Z. Kathryn Branson, Esq.
ROGER L. GRANDGENETT, II, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ANTHONY & SYLVAN POOLS CORPORATION

## ORDER

Based on the parties' stipulation **[ECF No. 36]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 14, 2019

Firmwide:154709988.1 078710.1006